UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

AD FX INTERNATIONAL FUND LLC, by
and through The Diversified Group
Incorporated, its Tax Matters Partner,

        Plaintiff,

  -vs-

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------- X

05-Civ. _____

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **AD FX INTERNATIONAL FUND LLC** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

Dated: December 23, 2005

James P. Wehner, Esq. (JW-0951)
Christopher S. Rizek, Esq.
Caplin & Drysdale Chartered
1 Thomas Circle, NW
Washington, DC  20005
Tel. (202) 862-5000
Fax (202) 492-3301
jpw@capdale.com

{D0050681:1 }
DOC# 253947 v1