UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :

AD FX INTERNATIONAL FUND LLC, by
and through The Diversified Group        :
Incorporated, its Tax Matters Partner,,

                                        :

        Plaintiff,                      Case No: 05-Civ.-10798

                                        :
- vs-

                                        :
UNITED STATES OF AMERICA,

        Defendant.
--------------------------------------- X

**MOTION FOR ADMISSION OF
CHRISTOPHER S. RIZEK TO PRACTICE *PRO HAC VICE***

      JAMES P. WEHNER, an attorney duly qualified and admitted to the Bar of this Court, based upon the annexed declaration of Christopher S. Rizek, Esq., hereby moves the admission of Christopher S. Rizek, Esq., *pro hac vice,* as counsel to AD FX International Fund, LLC, by and through The Diversified Group Incorporated, its Tax Matters Partner, in the above-captioned matter, to argue and try this action in whole or in part. Christopher S. Rizek, an individual of high moral character, is a member in good standing of the Bar of the District of Columbia, admitted to practice before the District of Columbia Court of Appeals since 1983.

Dated: March 20, 2006
       Washington, DC

                                      By: _____
                                          James P. Wehner (JPW-0951)
                                          Caplin & Drysdale, Chartered
                                          One Thomas Circle, NW, Suite 1100
                                          Washington, DC 20005
                                          (202) 862-5075
                                          jpw@capdale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
:
AD FX INTERNATIONAL FUND, LLC, by
and through The Diversified Group         :
Incorporated, its Tax Matters Partner,,
:
       Plaintiff,               Case No: 05-Civ.-10798
:
 - vs-
:
UNITED STATES OF AMERICA,

       Defendant.
-------------------------------------- X

**DECLARATION OF CHRISTOPHER S. RIZEK, ESQ.
SEEKING ADMISSION TO PRACTICE *PRO HAC VICE***

    Under penalty of perjury, CHRISTOPHER S. RIZEK declares the following to be true and correct:

    1.    I respectfully submit this declaration in support of my application for admission *pro hac vice* to represent AD FX International Fund, LLC, by and through The Diversified Group Incorporated, its Tax Matters Partner, in the above-captioned matter.

    2.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia.

    3.    I am a member of the law firm Caplin & Drysdale, Chartered, One Thomas Circle, NW, Washington, D.C. 20005. My telephone number is (202) 862-8852, and my e-mail address is csr@capdale.com.

    4.    There are no pending disciplinary proceedings against me in any state or federal jurisdictions.

    5.    I agree to pay the fee of $25.00 upon approval by this Court of my admission *pro hac vice*.

WHEREFORE, I respectfully request that I be admitted to practice *pro hac vice* as counsel for AD FX International Fund, LLC, by and through The Diversified Group Incorporated, its Tax Matters Partner, in the above-captioned matter.

Dated: March 20, 2006
Washington, D.C.

Respectfully submitted,

Caplin & Drysdale, Chartered

By: _____
Christopher S. Rizek



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

    I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTOPHER SCOTT RIZEK

was on the    20TH    day of    JUNE, 1983    duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 9, 2006.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>         Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Motion for Admission of Christopher S. Rizek To Practice Pro Hac Vice and Declaration of Christopher S. Rizek, was served by overnight delivery on this 20th day of March, 2006, to United States Attorney Michael J. Garcia, One St. Andrews Plaza, New York, NY  10007 and United States Attorney General Alberto R. Gonzales, 950 Pennsylvania Avenue, NW, Washington, DC  20530.

_____
Christopher S. Rizek