UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :

AD FX INTERNATIONAL FUND LLC, by
and through The Diversified Group     :
Incorporated, its Tax Matters Partner,,
                                       :

          **Plaintiff,**                   Case No: 05-Civ.-10798
                                       :

- vs-
                                       :

UNITED STATES OF AMERICA,

          **Defendant.**
------------------------------------- X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/06**

### ORDER GRANTING MOTION FOR ADMISSION OF
### CHRISTOPHER S. RIZEK TO PRACTICE *PRO HAC VICE*

Upon consideration of the Motion for Admission of Christopher S. Rizek, Esq. to Practice *Pro Hac Vice*, it is hereby

ORDERED, that Christopher S. Rizek, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York, subject to payment of the filing fee.

Dated: March 22, 2006
New York, NY

_____
Honorable Victor Marerro
United States District Judge