MARRERO, J.

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID J. KENNEDY (DK-8307)
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2733
Fax No.: (212) 637-2686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-26-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AD FX INTERNATIONAL FUND LLC, by and through The Diversified Group Incorporated, its Tax Matters Partner, Plaintiff, | **STIPULATION AND ORDER** |
| v. | 05 Civ. 10798 (VM) |
| UNITED STATES OF AMERICA, Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff AD FX International Fund LLC, by and through The Diversified Group Incorporated, its Tax Matters Partner ("plaintiff") and counsel for defendant the United States of America (the "United States") that proceedings in this case shall be stayed pending the completion of related matters; and

IT IS FURTHER STIPULATED AND AGREED that any motion to terminate this stay

shall be made to the Court on at least thirty (30) days' notice to the other party.

Dated: New York, NY
April____, 2006

THE DIVERSIFIED GROUP, INC.

ORRIN TILEVITZ (OT-6846)
950 Third Avenue, Suite 2300
New York, NY 10022
Phone: (212) 329-2663
Fax: (212) 688-7908

Dated: New York, New York
April 25, 2006

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By:

DAVID J. KENNEDY (DK-8307)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2733
Fax: (212) 637-2686

SO ORDERED: 25 April 2006
The Clerk of Court is directed to place this case on the Court's suspense docket.

HON. VICTOR MARRERO, U.S.D.J.