Case 1:05-cv-10798-VM   Document 7   Filed 04/30/2007   Page 1 of 1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AD FX INTERNATIONAL FUND LLC,         :
                                      :    05 Civ. 10798 (VM)
                     Plaintiff,       :
                                      :
        - against -                   :    **ORDER**
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                     Defendant.       :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Stipulation and Order dated April 25, 2006, the Court granted the parties' request to stay this action and place it on the Court's Suspense Docket. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that parties herein clarify the status of this action and indicate whether any further proceedings are contemplated herein. In the event no timely response is made to this Order by May 4, 2007, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:    New York, New York
          30 April 2007

                                          _____
                                          VICTOR MARRERO
                                          U.S.D.J.