

**Caplin & Drysdale**
ATTORNEYS

Caplin & Drysdale Chartered
One Thomas Circle, NW, Suite 1100
Washington DC 20005
202-862-5000  202-429-3301 Fax
www.caplindrysdale.com

May 3, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-07
```

**VIA FAX AND MAIL**

Honorable Victor Marrero
Unites States District Judge
United States District Courthouse
40 Foley Square
New York, NY 10007

   Re: AD FX International Fund LLC v. United States
     Civil Action No. 2:05-CV-10798

Dear Judge Marrero:

  Our client, the Diversified Group Inc., which is Tax Matters Partner for the plaintiff partnership in this action, has requested that I, my colleague James P. Wehner, and our firm withdraw from further representation in this matter. We presently anticipate that Diversified will represent itself in further proceedings in this case. Since the case has been stayed pending other matters, and the United States has not yet answered or taken any other position in this case, we do not anticipate that any prejudice to either party will result from the termination of our representation of Diversified.

  Accordingly, we hereby request permission to withdraw our appearance on behalf of the plaintiff in this matter. Please do not hesitate to call me if you have any questions or need anything further.

          Very truly yours,

          Christopher S. Rizek

cc: Diversified Group, Inc. (Attn: Orrin Tilevitz)
   U.S. Attorney's Office (Attn: David J. Kennedy)

SO ORDERED: Current counsel is authorized to withdraw from further representation of plaintiff in this matter. Plaintiff is directed to file a notice of appearance by new counsel

DATE 5-3-07   VICTOR MARRERO, U.S.D.J.

282697